# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael S. Murphy, | Civil No. 25-1984 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| B. Eischen, et al., | |
| Respondents. | |

Michael S. Murphy, Reg. No. 03953-510, FPC Duluth, PO Box 1000, Duluth, MN 55814, *pro se* petitioner.

Ana H Voss, Trevor Brown, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St Ste 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation of dated May 12, 2025. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The petition for a writ of habeas corpus of petitioner Michael S. Murphy [ECF No. 1] is **DENIED**.

2. This action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 23, 2025
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                                United States District Court